# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1036

_____

Deidre Necol Whitehead

*Plaintiff - Appellant*

v.

University of Arkansas, by and through the Chairman of the Board of Trustees,
Jim Von Gremp, and its President, Donald R. Bobbit; Deniece Honeycutt, In Her
official and individual capacity; Tom Smith, In His official capacity only; Bobbie
T. Biggs, in Her official and individual capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: September 30, 2015
Filed: October 5, 2015
[Unpublished]

_____

Before COLLOTON, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Deidre Whitehead appeals, challenging only the district court's[1] dismissal of her supplemental state-law claim, brought under the Arkansas Civil Rights Act, against defendants Deniece Honeycutt and Bobbie T. Biggs. The district court held that Honeycutt and Biggs were entitled to statutory immunity as public officials under Arkansas Code Annotated § 19-10-305(a) because Whitehead had not alleged that they were covered by liability insurance, and because her allegations did not describe conduct by these defendants that rose to the level of malicious acts or omissions outside the scope of their employment. After carefully reviewing the record and the parties' arguments on appeal, we find no basis for reversal. See Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (grant of motion to dismiss for failure to state claim reviewed de novo); see also Integrity Floorcovering, Inc. v. Broan-Nutone, LLC, 521 F.3d 914, 917 (8th Cir. 2008) (de novo review of district court's determination of state law). Accordingly, we affirm. See 8th Cir. R. 47B.

------------------------------------------------

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.